IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV531-T
(1:05CR206-T)

| | | |
|---|---|---|
| **KELVIN TREMAYNE DAVIS,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | <u>**J U D G M E N T**</u> |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 is **DENIED** and this action is hereby **DISMISSED WITH PREJUDICE.**

Petitioner is hereby placed on notice that no future motion pursuant to 28 U.S.C. § 2255 may be filed absent permission from the United States Fourth Circuit Court of Appeals.

Signed: June 10, 2009

Lacy H. Thornburg
United States District Judge